UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONTINENTAL TRANSFERT TECHNIQUE LIMITED | ) ) ) | |
| Plaintiff | ) ) | |
| -against- | ) ) ) | Case No. 1:08-cv-2026(PLF) |
| THE FEDERAL GOVERNMENT OF NIGERIA, ATTORNEY GENERAL OF THE FEDERATION, and MINISTER OF THE INTERIOR, | ) ) ) ) ) | |
| Defendants | ) ) | |
| ------------------------------------------------------------- ) | | |

**CERTIFICATION REGARDING TRANSCRIPTS ON APPEAL**

Pursuant to Fed. R. App. P. 10(b)(1)(B), Defendants/Appellants The Federal Government of Nigeria, Attorney General of the Federation, and Minister of the Interior, by their attorneys, hereby certify that no transcript will be ordered for the record on appeal in this matter.

Dated: September 13, 2011

Respectfully submitted,

THE FEDERAL GOVERNMENT OF NIGERIA,
ATTORNEY GENERAL OF THE FEDERATION,
AND MINISTER OF THE INTERIOR,
By Counsel

_____*/s/* David Ludwig_____
David Ludwig, DC Bar #975891
DUNLAP, GRUBB & WEAVER, PLLC
5335 Wisconsin Avenue, NW, Ste 440

1

Washington, DC 20015
Phone: 202-316-8558
Fax: 202-318-0242
dludwig@dglegal.com

Kenechukwu C. Okoli (*Pro Hac Vice*)
LAW OFFICES OF K.C. OKOLI, P.C.
330 Seventh Avenue, 15th Floor
New York, New York 10001
Phone: 212-564-8152
Fax: 212-268-3443

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this 13th day of September 2011, a true and correct copy of the

foregoing was filed and served via the Court's ECF system on the following:

Shaun M. Gehan
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Phone: (202) 342-8469
Facsimile: (202) 342-8451

Paul F. Doyle
101 Park Avenue
New York, New York 10178
Phone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Plaintiff Continental*
*Transfert Technique Limited*

/s/ David Ludwig_____
David Ludwig

2